HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
MOLLY L. KABAN, SBN 232477
mkaban@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
LEPRINO FOODS COMPANY and LEPRINO
FOODS DAIRY PRODUCTS COMPANY

PARRIS LAW FIRM
R. REX PARRIS, SBN 96567
rrparris@parrislawyers.com
KITTY K. SZETO, SBN 258136
kszeto@parrislawyers.com
JOHN M. BICKFORD, SBN 280929
jbickford@parrislawyers.com
RYAN A. CRIST, SBN 316653
rcrist@parrislawyers.com
43364 10th Street West
Lancaster, California 93534
Telephone: (661) 949-2595
Facsimile: (661) 949-7524

THE DOWNEY LAW FIRM
ERIC ROUEN, SBN 242341
rouenlaw@att.net
9595 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Telephone: (213) 291-3333
Facsimile (610) 813-4579

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANDREW HOWELL, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado | Case No. 1:18-cv-1404-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

| | |
|---|---|
| 1 | Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado |
| 2 | Corporation; and DOES 1-50, inclusive, |
| 3 | Defendants. |

4

5

6       Plaintiff ANDREW HOWELL and Defendants LEPRINO FOODS COMPANY and

7 LEPRINO FOODS DAIRY PRODUCTS COMPANY, by and through their counsel of record,

8 hereby stipulate to continue the Initial Scheduling Conference from Monday, January 28, 2020 to

9 Monday, February 11, 2020 at 9:00 a.m., in Courtroom 8, Robert E. Coyle United States

10 Courthouse, 2500 Tulare Street, Sixth Floor, Fresno, California 93721. The parties further

11 stipulate that the Joint Scheduling Report will be due one week prior to the conference, on

12 Monday, February 4, 2020. Good cause exists for this continuance because defense counsel will

13 be conducting a previously-scheduled seminar on January 28, 2020, the date selected by the Court

14 for the conference.

15       IT IS SO STIPULATED.

16

17 DATED: December 11, 2019                     HANSON BRIDGETT LLP

18

19

20                                         By:   */s/ Lisa M. Pooley*
                                              LISA M. POOLEY

21                                               Attorneys for Defendants
                                              LEPRINO FOODS COMPANY and LEPRINO

22                                               FOODS DAIRY PRODUCTS COMPANY

23

24

25

26

27

28

| | |
|---|---|
| DATED: December 11, 2019 | PARRIS LAW FIRM<br>THE DOWNEY LAW FIRM |

By: _____*/s/ Ryan A. Crist*_____
R. REX PARRIS
KITTY K. SZETO
JOHN M. BICKFORD
RYAN A. CRIST
ERIC ROUEN

Attorneys for Plaintiff and the Putative Class

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Initial Scheduling Conference currently set for January 28, 2020, is HEREBY CONTINUED to **February 11, 2020, at 10:00 AM in Courtroom 8 (BAM)** before the undersigned. The Joint Scheduling Report shall be filed one week prior to the conference, on Monday, February 4, 2020. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866**.

IT IS SO ORDERED.

Dated: __**December 12, 2019**__        __/s/ *Barbara A. McAuliffe*__
                                                       UNITED STATES MAGISTRATE JUDGE