UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HOWELL, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, et al.,<br><br>Defendants. | Case No. 1:18-cv-01404-AWI-BAM<br><br>**ORDER GRANTING PLAINTIFF'S INITIAL EX PARTE APPLICATION TO AMEND SCHEDULING ORDER TO EXTEND APRIL 30, 2021 NON-EXPERT DISCOVERY CUTOFF**<br><br>(Doc. No. 75) |

On April 21, 2021, Plaintiff Andrew Howell ("Plaintiff") simultaneously filed an initial ex parte application to amend the scheduling order to extend the April 30, 2021 non-expert discovery cutoff and a notice of motion and motion to compel Rule 30(B)(6) deposition. (Doc. Nos. 74, 75.) Plaintiffs argue that an extension of the non-expert discovery cutoff is required to resolve a dispute regarding a Rule 30(B)(6) deposition. (Doc. No. 75.)

On April 22, 2021, while the parties were involved in a status conference for a separate case, the ex parte application in this matter was discussed. Counsel Kitty Szeto and Ryan Crist appeared by Zoom video conference on behalf of Plaintiff Andrew Howell. Counsel Lisa Pooley appeared by Zoom video conference on behalf of Defendants Leprino Foods Company and Leprino Foods Dairy Products Company. Defendants did not oppose a limited extension of the

non-expert discovery deadline for the sole purpose of resolving issues involving the Rule 30(B)(6) deposition.

    Having considered the arguments of the parties, the Court HEREBY GRANTS Plaintiff's ex parte application to amend the scheduling order to extend the April 30, 2021 non-expert discovery deadline. The non-expert discovery deadline is extended to May 31, 2021 for the sole purpose of resolving the dispute regarding the Rule 30(B)(6) deposition and conducting the deposition, as necessary.

IT IS SO ORDERED.

Dated: **April 22, 2021**       /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE