HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
WINSTON K. HU, SBN 306677
whu@hansonbridgett.com
AMANDA M. OSOWSKI, SBN 317843
aosowski@hansonbridgett.com
GYMMEL TREMBLY, SBN 327236
gtrembly@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendants
LEPRINO FOODS COMPANY and LEPRINO FOODS DAIRY PRODUCTS COMPANY

R. REX PARRIS, SBN 96567
rrparris@parrislawyers.com
KITTY K. SZETO, SBN 258136
kszeto@parrislawyers.com
JOHN M. BICKFORD. SBN 280929
jbickford@parrislawyers.com
RYAN A. CRIST, SBN 316653
rcrist@parrislawyers.com
JOHN D. WU, SBN 269183
PARRIS LAW FIRM
43364 10th Street West
Lancaster, California 93534
Telephone:     (661) 949-2595
Facsimile:     (661) 949-7524

Attorneys for Plaintiff and the Putative Class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| ANDREW HOWELL, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:18-cv-1404-AWI-BAM<br><br>**STIPULATION AND ORDER TO MODIFY THE PRELIMINARY SCHEDULING ORDER** |

1  ERIC D. ROUEN, SBN 242341
   rouenlaw@att.net
2  THE DOWNEY LAW FIRM (Of Counsel)
   105 Guinea Hollow Road
3  Califon, New Jersey 07830
   Telephone:    (610) 324-2848
4  Facsimile:    (610) 813-4579

5  Attorneys for Plaintiff and the Putative Class

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Plaintiff ANDREW HOWELL and Defendants LEPRINO FOODS COMPANY and
2  LEPRINO FOODS DAIRY PRODUCTS COMPANY (collectively, the "Parties"), by and through
3  their counsel of record, hereby stipulate to the following facts and respectfully request that the
4  Court issue an Order modifying the Preliminary Scheduling Order as to the Class Certification
5  Motion, specifically continuing the opposition filing deadline and the reply filing deadline by 30
6  days each, and the hearing date as the Court deems appropriate.
7  WHEREAS, on June 30, 2021, Plaintiff filed a Motion for Class Certification;
8  WHEREAS, on July 30, 2021, Defendants' filed a Motion to Compel Depositions and
9  Modify The Scheduling Order;
10  WHEREAS, on August 4, 2021, Defendants took Plaintiff's deposition;
11  WHEREAS, the Parties are continuing to discuss the logistics and scheduling of the
12  depositions of the nine individuals, other than Plaintiff, who also submitted declarations in support
13  of Plaintiff's motion for class certification; and
14  WHEREAS, the Parties agree there is good cause to amend the Preliminary Scheduling
15  Order to allow additional time for Defendants to file their opposition to Plaintiff's class
16  certification motion and for Plaintiff to file his reply to same.
17  THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that: (1) the
18  deadline to file the opposition to the class certification motion will be **November 15, 2021**, and
19  (2) the deadline to file the reply for the class certification motion will be **February 14, 2022**. The
20  Parties further STIPULATE that the Court continue the hearing date for the Class Certification
21  Motion to a date convenient to the Court. The Parties also STIPULATE that the Court take the
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

-1-  Case No. 1:18-cv-1404-AWI-BAM
17803214.2  STIPULATION AND ORDER TO MODIFY THE PRELIMINARY SCHEDULING ORDER

hearing on Defendants' Motion to Compel Depositions and Modify The Scheduling Order scheduled for August 27, 2021, off calendar.

**IT IS SO STIPULATED.**

DATED:  August 20, 2021                          HANSON BRIDGETT LLP


By: _____*/s/ Lisa M. Pooley*_____
    LISA M. POOLEY
    Attorneys for Defendants
    LEPRINO FOODS COMPANY and LEPRINO
    FOODS DAIRY PRODUCTS COMPANY

DATED:  August 20, 2021                          PARRIS LAW FIRM


By: _____*/s/ Kitty K. Szeto*_____
    R. REX PARRIS
    KITTY K. SZETO
    JOHN M. BICKFORD
    RYAN A. CRIST
    JOHN D. WU
    Attorneys for Plaintiff
    ANDREW HOWELL

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the request to modify the Preliminary Scheduling Order is GRANTED.  The Preliminary Scheduling Order is HEREBY MODIFIED as follows:

| | |
|---|---|
| Class Certification Opposition: | November 15, 2021 |
| Class Certification Reply: | February 14, 2022 |
| Class Certification Hearing: | March 7, 2022<br>Time:  1:30 p.m.<br>Dept:  2 (AWI) |

It is further ordered that the hearing on Defendants' Motion to Compel Depositions and Modify the Scheduling Order (Doc. 86) currently set for August 27, 2021, is VACATED.  The

1  Clerk of the Court is directed to terminate the motion.

3  IT IS SO ORDERED.

Dated: **August 23, 2021**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE