# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW HOWELL, on behalf of himself and on behalf of all other similarly situated individuals**<br><br>**Plaintiff**<br><br>v.<br><br>**LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1–50, inclusive,**<br><br>**Defendants** | CASE NO. 1:18-cv-01404-AWI-BAM<br><br>**ORDER ON JOINT CLASS NOTICE AND DISTRIBUTION PLAN**<br><br>(Doc. No. 110) |

Before the Court is the parties' Joint Class Notice and Distribution Plan (Doc. No. 110), which was timely filed in response to an order requiring its submission. The Court finds that the class notice, the exclusion form, and the proposed distribution plan clearly and concisely state in plain, easily understood language the information required under Federal Rule of Civil Procedure 23(c)(2)(B), and are drafted such that due process will be afforded to absent class members. <u>Phillips Petroleum Co. v. Shutts</u>, 472 U.S. 797, 812 (1985).

Accordingly, IT IS HEREBY ORDERED that the parties' Joint Class Notice and Distribution Plan (Doc. No. 110) is APPROVED.

IT IS SO ORDERED.

Dated:   June 16, 2022

_____
SENIOR DISTRICT JUDGE