1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDREW HOWELL, on behalf of himself          Case No.  1:18-cv-01404-ADA-BAM
      and on behalf of all other similarly situated
12    individuals.,                                **ORDER DENYING REQUESTED
                                                   EXTENSION OF DEADLINE FOR FILING
13                       Plaintiff,                DISPOSITIVE MOTIONS AND TAKING
                                                   EXPERT DEPOSITIONS WITHOUT
14          v.                                     PREJUDICE**

15    LEPRINO FOODS COMPANY, et al.,               (Doc. 146)

16                       Defendants.

17

18

19          On August 7, 2023, the parties filed a stipulation to (1) extend the current deadline for

20    filing dispositive motions from August 18, 2023 until October 13, 2023, and (2) extend the expert

21    discovery deadline to October 13, 2023, for the sole purpose of taking the depositions of the

22    parties' designated experts.  The parties explain that they have reached a tentative settlement.

23    (Doc. 146.)

24          Having considered the parties' stipulation, the Court does not find good cause to grant the

25    requested modification of the Supplemental Scheduling Order issued on July 6, 2022.  Fed. R.

26    Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's

27    consent.").  Settlement discussions, in and of themselves, are not good cause to modify a

28    scheduling order. *See Gerawan Farming, Inc. v. Rehrig Pacific Co.*, 2013 WL 645741, at *5

                                                   1

(E.D. Cal. Feb. 21, 2013).  Accordingly, the parties' requested modification of the Supplemental Scheduling Order is DENIED without prejudice.  The parties are not precluded from seeking modification of the Supplemental Scheduling Order supported by a demonstrated showing of good cause.  Alternatively, if the action has been settled or otherwise resolved by agreement of the parties, then counsel must file a notice of settlement or resolution.  *See* L.R. 160(a).  The Court will then set a deadline for the filing of dispositive documents and vacate all pending dates and matters.

IT IS SO ORDERED.

Dated:   **August 8, 2023**                            /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE